UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

CORI DUVALL

        Debtors,                  **BK Case No.: 2-19-20179**

CORI DUVALL
5550 County Road 30
Canandaigua, New York 14424

SSN: xxx-xx-2304                  **Adv. Proc. No.:**

        Plaintiffs,

    -against-

COUNTY OF ONTARIO, NEW YORK, and
"JOHN DOE" and "JANE DOE", said names
being fictitious, it being the intention of
Plaintiffs to name any third-party purchaser
of Plaintiffs' home at 9097 County Road 14,
Honeoye Fall, NY 14472 during the property
tax foreclosure auction held by Ontario
County at 2914 County Road 48, Canandaigua,
NY 14424 at 7 p.m., May 17, 2017

        Defendants

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **US Bankruptcy Court, W.D.N.Y.**
                           **100 State Street**
                           **Rochester, NY 14614**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiffs Attorney:  **The Legal Aid Society of Rochester**
**Zachary J. Pike, Of Counsel**
**1 W. Main St, Ste 800**
**Rochester, NY 14614**
**(585) 295-5784**
**zpike@lasroc.org**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date:_____        _____

                                                                  Lisa Bertino Beaser
                                                                  Clerk of the US Bankruptcy Court